STATE OF NORTH CAROLINA v. WILLIE (PHILL LEON) WILSON

No. 694SC426

(Filed 17 December 1969)

**Escape § 1—    second offense of escape — punishment**
    In a prosecution for a second escape, a sentence of nine months' imprisonment is within the statutory maximum. G.S. 148-45(a).

APPEAL by defendant from *Cohoon, J.,* 12 May 1969 Criminal Session, DUPLIN County Superior Court.

The defendant was charged in a proper bill of indictment with a felonious escape from the North Carolina Department of Corrections, same being a second offense of escape.

To the charge made against him the defendant, in open court, in person, and by and through an attorney, entered a plea of *nolo contendere* to the charge of an escape, second offense, a felony. The trial court, upon ample evidence, ascertained and determined that the plea was freely, understandingly and voluntarily made without

any undue influence, compulsion, duress or promise of leniency, and said plea was accepted by the Court.

From a sentence of nine months the defendant appealed.

*Attorney General Robert Morgan and Assistant Attorney General Millard R. Rich, Jr., for the State.*

*Russell J. Lanier, Jr., for defendant appellant.*

CAMPBELL, J.

With complete candor and frankness the attorney for the defendant states that in his opinion "there was no error committed in this trial."

We have examined the record and find no error therein.

The sentence imposed was well within the limits prescribed by the statute, G.S. 148-45(a) which prescribes a sentence of not less than six months nor more than three years.

No error.

PARKER and GRAHAM, JJ., concur.